IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| LUIS NUNEZ-SANTIAGO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:11cv229–HEH |
| DAVID L. SIMONS, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. By Memorandum Order entered on March 20, 2012, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action. *See* Fed. R. Civ. P. 41(b).

More than fourteen (14) days have elapsed since the entry of the March 20, 2012 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the March 20, 2012 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

　　　　　　　　　　　　　　　　　　　　　/s/
Date: May 21 2012　　　　　　　　　　HENRY E. HUDSON
Richmond, Virginia　　　　　　　　　　UNITED STATES DISTRICT JUDGE